**No. 56669.**—Amaren Trading Corp. et al. *v.* United States, protests 177888–K, etc. (New York).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.